■ SALVATORE SABIA et al., Appellants, v NATIONAL FUEL GAS CORP. et al., Respondents. [738 NYS2d 633] —Appeal from an order and judgment (one document) of Supreme Court, Erie County (Rath, J.), entered June 11, 2001, upon a jury verdict in favor of defendants.

It is hereby ordered that the order and judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Memorandum: We reject plaintiffs' contention that the verdict of no cause of action is against the weight of the evidence. "[A] jury's verdict should not be set aside as against the weight of [the] evidence unless it is palpably wrong and there is no fair interpretation of the evidence to support the jury's conclusion [citation omitted] or if the verdict is one reasonable persons could have rendered after receiving conflicting evidence" (*Petrovski v Fornes*, 125 AD2d 972, 973, *lv denied* 69 NY2d 608). A fair interpretation of the evidence supports the jury's conclusion that the accident was not a substantial factor in causing injury to Salvatore Sabia (plaintiff). Contrary to plaintiffs' contention, Supreme Court properly permitted defendants' counsel to use the medical records of plaintiff during cross-examination to refresh his recollection with respect to his prior medical history (*see,* Prince, Richardson on Evidence § 6-214, at 362 [Farrell 11th ed]). We reject plaintiffs' contention that the court should have sua sponte required that summations be recorded (*cf., Roman v Bronx-Lebanon Hosp. Ctr.*, 51 AD2d 529, 530, *lv denied* 39 NY2d 709). Because summations were not recorded, we cannot review plaintiffs' further contention that during summation defendants' counsel improperly commented on matters not in evidence (*see, Wilcox v Morrow*, 226 AD2d 1077; *Baker v Leuner Trucking*, 54 AD2d 654). Present—Green, J.P., Hayes, Hurlbutt, Kehoe and Lawton, JJ.